UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-23235-CV-WILLIAMS



Henry Tien,

    Plaintiff,

vs.

(1) Red Coats, Inc., dba as Admiral Security Services,

(2) Insurance companies for Red Coats, Inc. and Admiral Security Services,

    Defendants.

_____/

## Complaint for battery

Plaintiff, Henry Tien, sues Defendants (i) Red Coats, Inc. and (ii) Insurance companies for Red Coats, Inc. and Admiral Security Services, and alleges:

(1)     <u>Plaintiff</u> -- Henry Tien is the plaintiff. He resides in Miami-Dade County, Florida.

(2)     <u>Defendant 1</u> – Red Coats, Inc. is a corporation that was incorporated in Washington, DC. Red Coats is registered with the Florida Secretary of State to conduct business in the State of Florida. Red Coats (a) maintains an office, (b) has employees, and (c) provides security services in Miami-Dade County, Florida. Red Coats conducts business under the name "Admiral Security Services." An employee (William Rivera) of Red Coats battered plaintiff Tien in Miami-Dade County, Florida. Red Coats is liable for tort of its employee. Throughout this complaint, Red Coats means both (i) Red Coats, Inc. and (ii) Admiral Security Services.

<u>Defendants 2</u> – Insurance companies for Red Coats, Inc. and Admiral Security Services were organized outside the state of Florida. The precise names of the insurance companies will be updated to this complaint once limited discovery uncovers

1

their names.  The insurance companies cover liabilities incurred by Red Coats, Inc. and Admiral Security Services and are obligated to defend Red Coats and pay damages for Red Coats.

(3) <u>Venue</u> – Miami-Dade County, Florida is the correct venue.  An employee (William Rivera) of Red Coats battered plaintiff Tien in Miami-Dade County, Florida.

(4) <u>Jurisdiction</u> – The U.S. District Court, Southern District of Florida, Miami Division has jurisdiction over this action.  There is complete diversity of citizenship.  The complaint seeks damages for more than $75,000.

## Description

(5) At 1 S.E. 3rd Avenue, Miami, Florida 33131, in Miami-Dade County, Florida, on the 25th floor, William Rivera (an employee of Red Coats) (a) snuck up behind Tien, (b) Tien never saw Rivera and was not aware that Rivera was coming from behind, (c) without any warning or announcement to Tien, (d) Rivera grabbed Tien forcefully, (e) gained complete physical control over Tien by controlling his right elbow joint by applying intense pressure and pain on that joint, (f) then Rivera violently slammed Tien's head, shoulder, and body against the wall with intense force, (g) Rivera pressed Tien's neck, head, and body against the wall forcefully, (h) twisted his right elbow joint beyond the maximum limit of that joint with intense force, (i) caused tears to the ligaments, tendons, and nerves at the right elbow joint, (j) caused intense pain at that joint, (k) caused permanent injuries to the right elbow joint, (l) caused permanent injuries to his eyes, (m) caused bleeding above his right eye, where the bone had cut through the skin at the point of impact to the wall, (n) caused permanent damage to the nerves from the right elbow joint on down, (o) physically forced Tien into an elevator, while in a physically restrained position, (p) Rivera did this for the <u>intended</u>

2

purpose of physically removing Tien from the 25th floor, (q) Rivera <u>actually</u> made <u>physical contact</u> on Tien by manhandling him, (r) Tien never gave permission to Rivera to touch him, (s) Rivera's physical <u>contact</u> on Tien was <u>harmful</u> and caused permanent injuries to Tien.

(6)   Tien had to see a doctor for his injuries. But Tien did not have sufficient funds to pay for more comprehensive and extended medical care. Tien has to wait for payments from (i) Red Coats and (ii) the insurance companies before he is able to obtain needed medical care.

(7)   Tien requests a jury trial.

WHEREFORE, plaintiff demands judgment as follows:

(8)   For general damages.

(9)   For pain and suffering.

(10)  For costs of needed, present, future medical care, personal maintenance resulting from the battery, estimated to be several million dollars.

(11)  For costs related to future disabilities that will appear, estimated to be several million dollars.

(12)  For costs, attorney fees related to this lawsuit.

(13)  For future economic loss from inability to work due to injuries from the battery.

(14)  For punitive damages.

*[signature]*
Henry Tien
5660 S.W. 58 Place
Miami, Florida 33143